UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PEREZ, | Case No. 1:25-cv-00162-HBK (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S CONSTRUED MOTION AND DIRECTING CLERK TO CORRECT DOCKET |
| v. | |
| CPL. BECK, C/O WILLIAMS, et al., | (Doc. No. 6) |
| Defendants. | |

Pending before the Court is Plaintiff's pleading title "Notice to Clerk" filed on February 20, 2025. (Doc. No. 6). In his Notice, Plaintiff requests the Clerk to correct the caption of the action to reflect the correct names of the defendants. (*Id*.). Specifically, Plaintiff points out that the caption of the action reflects the defendants as "Beck Williams," *et al*., and clarifies that the caption should read "Cpl. Beck" and C/O Williams." (*Id*.). The Court construes the Notice as a motion.

A review of the Complaint confirms that no defendant identified as "Beck Williams" was named. (*See* Doc. No. 1). Rather, in Plaintiff's Complaint under "Parties," Plaintiff identifies "Cpl. Beck" and "C/O Williams," among other individuals as named defendants. (*Id*. at 2, ¶¶ 6-7).

Accordingly, it is **ORDERED:**

1. Plaintiff's construed motion to correct the names of defendants (Doc. No. 6) is

1  GRANTED.

2. The Clerk of Court shall correct the docket of this case to reflect that the defendant identified as "Beck Williams" is identified as two separate defendants, namely "CPL. Beck" and "C/O Williams."

Dated:   March 10, 2025

*[signature]*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2